**Motion granted, appeal dismissed, and Memorandum Opinion filed December 14, 2023.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-23-00701-CR

_____

**FLOYD KING, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 183rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1690525**

## MEMORANDUM OPINION

A written request to dismiss this appeal, personally signed by appellant, has been filed with this court. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed. We direct the clerk of the court to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Justices Hassan, Poissant, and Wilson.

Do Not Publish — Tex. R. App. P. 47.2(b).